**Derrick L. TOOMBS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 73940.**

Missouri Court of Appeals,
Western District.

Sept. 11, 2012.

S. Kate Webber, Kansas City, MO, for appellant.

John M. Reeves, Jr., Jefferson City, MO, for respondent.

Division Three: THOMAS H. NEWTON, P.J., JAMES M. SMART, JR., and GARY D. WITT, JJ.

## ORDER

PER CURIAM.

Derrick Toombs appeals the circuit court's denial of his Rule 24.035 motion for post-conviction relief following an evidentiary hearing. The judgment is affirmed. Rule 84.16(b).